JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CV 15-05488 RGK (JEMx) |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND COURT ORDER ALLOWING REMOVAL OF PROPERTY |
| JAY ROBERT GROVE; and DOES 1-10 | |
| Defendants. | |
| | Honorable R. Gary Klausner |

Defendant's Application For Default Judgment, Injunctive Relief, Damages And Court Order Allowing Removal Of Property came on regularly for hearing on February 22, 2016, before the Honorable R. Gary Klausner, United States District Judge and the Court having considered the pleadings, evidence presented, Memorandum of Points and Authorities, declarations and the oral argument at the time of the hearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's Application For Default Judgment, Injunctive Relief, Damages And Court Order Allowing Removal Of Property be granted and the following judgment is hereby entered for plaintiff United States and against defendant Jay Robert Grove:

1.     That defendant Jay Robert Grove and anyone else present in the cabin on Lot No. 11 is ordered to:

a.     immediately cease residential and all other occupancy of the cabin and Lot No. 11 within fifteen (15) days of the Court's Order;

b.     immediately remove all vehicles, possessions, animals, equipment, structures, personal property and rubbish from Lot No. 11 within fifteen (15) days of the Court's Order;

1

1          c.       execute a quitclaim deed for the cabin to the United States on behalf of the
2                   Forest Service and deliver it to the Forest Service within fifteen (15) days of
3                   the Court's Order.

4     2.      That the Court issues a writ of execution authorizing Forest Service
5     officials, and other officers of the United States, including the United States Marshal and
6     his Deputies, assisted as needed by officers of the Ventura County Sheriff's Department,
7     to physically remove Grove from Lot No. 11, and all other occupants of the subject
8     cabin, and authorizing the United States to arrest Grove if he returns to Lot No. 11 after
9     fifteen (15) days from this Order.

10    3.      That:

11         a.       Plaintiff is authorized to take possession of the cabin, and all vehicles,
12                  structures, property, and possessions not removed therefrom within twenty
13                  (20) days of the Order;

14         b.       the United States is granted title to and possession of the cabin, and all
15                  vehicles, property and possessions thereon, if they are not otherwise
16                  removed within twenty (20) days of the Order;

17         c.       the United States is authorized to remove, without further notice, all
18                  vehicles, structures, property and possessions located on Lot No. 11 if they
19                  are not otherwise removed within twenty (20) days of the Order; and,

20         d.       the United States is authorized to dispose of the cabin, any vehicles,
21                  structures, property and possessions located in the cabin or on Lot No. 11
22                  which the United States removes pursuant to paragraph 3(c).

23    4.      That the Court finds Jay Robert Grove in contempt and in violation of the
24    Court's Permanent Injunction dated February 28, 2007, and of the Court's June 15, 2009
25    Order.

28    5.      The United States is awarded against Grove a money judgment in the

2

1    amount of $10,000 as liquidated damages under the Settlement Agreement representing

2    the cost of removal of the cabin, and damages for the reasonable value of the use and

3    occupancy of federal land as a result of Grove's trespass and unauthorized occupancy

4    and use, and

5            6. The United States is awarded costs of suit.

6

7    DATED:     FEB 1 9 2016

8

9

10   R. Gary Klausner
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28